UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ROBINSON, JR., | Case No. 2:25-00647 HDV (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| AGAINST NON-FEDERAL, | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: 10/03/25

_____
THE HONORABLE HERNÁN D. VERA
United States District Judge